# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Stacy Pineda, as Personal Representative of the Estate of Cesar Pineda and on behalf of the heirs of Cesar Pineda,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Mulder Hospitality Group, Inc.,<br><br>　　　　Defendant. | **ORDER**<br><br>Case No. 1:21-cv-135 |

On June 13, 2022, the parties filed a Stipulated Amended Scheduling/Discovery Plan. (Doc. No. 20). The court **ADOPTS** the parties' stipulated plan (Doc. No. 20) and amends the pretrial deadlines as follows:

1. All fact discovery shall be completed by December 31, 2022.

2. The parties shall have until January 31, 2023, to file discovery motions.

3. The deadlines for exchanging complete witness reports are:

    a. December 31, 2022, for plaintiff(s);

    b. January 31, 2023, for defendant(s); and

    c. February 28, 2023, for any rebuttal experts.

4. Discovery depositions of expert witnesses shall be completed by March 31, 2023.

5. The deadlines for filing motions are:

    a. November 30, 2022 – motion to join additional parties;

    b. November 30, 2022 – motions to amend pleadings;

    c. November 30, 2022 – motions to amend pleadings to add punitive damages claims;

      d.      November 30, 2022 – nondispositive motions (e.g., consolidation and bifurcation); and

      e.      January 31, 2023 – dispositive motions (e.g., summary judgment)

**IT IS SO ORDERED.**

Dated this 14th day of June, 2022.

                              */s/ Clare R. Hochhalter*
                              Clare R. Hochhalter, Magistrate Judge
                              United States District Court